**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JAHAIRA N.,

                Plaintiff,                23 **CIVIL** 7061 (GRJ)

    -v-                             **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated September 15, 2024, Plaintiff is GRANTED Judgment on the Pleadings, and this matter is REMANDED for further administrative proceedings consistent with the Decision and Order; accordingly, the case is closed.

**Dated:** New York, New York
          September 16, 2024

                                              **DANIEL ORTIZ**
                                              **Acting Clerk of Court**

                         **BY:**      *K. Mango*

                                              **Deputy Clerk**